## JONES v. GRAVES *et al.*

*Appeal from Polk District Court — Saturday, June* 9.

A RECEIVER MAY BE APPOINTED IN AN ACTION AT LAW.

A PROCEEDING to recover the possession of a certain house and lot situated in the city of Des Moines. In his petition the plaintiff sets out the nature of his title and right of possession accompanying the same, with a prayer for the appointment of a receiver, stating very fully the grounds upon which his application for the appointment of a receiver were founded. At a special term of the court thereafter, upon motion based upon the facts set out in the petition, and adequately supported by the affidavits of various witnesses, the court appointed a receiver, to which the defendants excepted, and assign the same for error in this court.

*B. N. Kenyon* for the appellants — *Phillips & Phillips* for the appellee.

Lowe, Ch. J. — Under § 3419 of the Revision there is no lack of power to appoint a receiver in a law action; and that, too, before the defendant is affected with notice of the pendency of the suit, upon a proper case made in the original or a distinct petition, and supported by evidential facts. Such a case was made and adequately sustained by affidavits, the defendant being notified, appearing and resisting the appointment. We discover no error, and the ruling is

Affirmed.